```
Priority    ___
Send        ___
Enter       ___
Closed      ___
JS-5/JS-6    ✓
JS-2/JS-3   ___
Scan Only   ___
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MID CENTURY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. CV 14-06324 RGK (AGRx)<br><br>[PROPOSED]<br>ORDER DISMISSING ACTION WITH PREJUDICE<br><br>Honorable R. Gary Klausner |

1  The Court, having read and considered the "Stipulation for Dismissal With
2  Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(2)" entered into between
3  Plaintiff Mid Century Insurance Company and Defendant United States of America, and
4  finding good cause therefor, hereby orders that this action shall be dismissed in its
5  entirety with prejudice. Each party shall bear their own costs of suit, expenses, and fees,
6  including but not limited to attorneys' fees.

**IT IS SO ORDERED.**

DATED: JUL 2 1 2015

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE